# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JACOB ARTHUR BRAUNSCHWEIG

*Plaintiff*

v.

SPOKANE COUNTY JAIL

*Defendant*

Civil Action No. 2:16-CV-00154-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Report and Recommendation is ADOPTED in its entirety. Plaintiff's motion is GRANTED and this action is dismissed without prejudice. Judgment of dismissal is entered without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Peterson on a motion to Voluntarily Dismiss Complaint.

Date: August 31, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy